

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2016

No. 04-16-00339-CV

In the Guardianship of George V. **GARCIA**

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2015PB6000016 L2
Honorable Jesus Garza, Judge Presiding

**ORDER**

    In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

    It is so **ORDERED** on August 3, 2016.

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2016.

_____
Keith E. Hottle, Clerk